IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENWORTH LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-02873 |
| BENITA MONIQUE CATHEY, JOY LYNN JEFFREYS, BALINDA C. WILLIAMS-LEE aka Balinda C. Lee, WILLIAM M. LEE, PRISCILLA LUDLOW, individually and as Independent Executor of The ESTATE OF JUNE A. LEE, and ANNETTE WILLIAMSON, | ) ) ) ) ) ) ) ) ) | Judge Andrea R. Wood<br><br>Magistrate Judge Gabriel A. Fuentes |
| Defendants. | ) | |

**GENWORTH LIFE INSURANCE COMPANY'S
RENEWED MOTION FOR FINAL JUDGMENT ORDER IN INTERPLEADER**

Plaintiff Genworth Life Insurance Company ("Genworth"), by its attorneys, Julie F. Wall and Kaitlyn E. Luther of Chittenden, Murday & Novotny LLC, states as follows for its Renewed Motion for Final Judgment Order in Interpleader:

1. On May 27, 2021, Genworth filed its Complaint for Interpleader under Fed. R. Civ. P. 22 to resolve competing claims to the proceeds of the Genworth individual single premium deferred annuity contract, designated Contract No. xxxxx5830[1] (the "Annuity Contract"), issued by Genworth to June A. Lee, as Owner and Annuitant. (ECF Doc. No. 1).

2. Genworth properly served all Defendants. (*See* ECF Doc. Nos. 9-12, 13, 14, 15).

---
[1] The Contract No. for the Annuity Contract has been redacted to address privacy concerns and in accordance with Fed. R. Civ. P. 5.2.

3. On August 2, 2021, counsel for the Balinda C. Williams-Lee, Grant Blumenthal, filed an appearance. (ECF Doc. No. 16).

4. On August 2, 2021, counsel for Bonita Monique Cathey, Joy Lynn Jeffreys, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, and Annette Williamson, Jeffrey M. Hagen, filed an appearance. (ECF Doc. No. 17).

5. On August 31, 2021, Genworth filed its First Amended Complaint for Interpleader under Fed. R. Civ. P. 22 to resolve competing claims to the proceeds of the Annuity Contract, issued by Genworth to June A. Lee, as Owner and Annuitant. (ECF Doc. No. 27).

6. On September 2, 2021, the Court ordered Defendants to answer or otherwise respond to Genworth's First Amended Complaint for Interpleader by September 23, 2021. (ECF Doc. No. 28).

7. On September 7, 2021, after learning that William M. Lee died on or about August 11, 2021, Genworth filed a Suggestion of Death Upon the Record Under Fed. R. Civ. P. 25(a)(1). (ECF Doc. No. 29).

8. On September 10, 2021, Genworth filed the Affidavit of Process Server showing service of the Suggestion of Death on Mabel Lee, William M. Lee's wife. (Doc. No. 30).

9. On September 13, 2021, Genworth filed the Proof of Service showing service of the Suggestion of Death on Maurice Lee, William M. Lee's son. (Doc. No. 31).

10. On September 23, 2021, Balinda C. Williams Lee filed her Answer to Genworth's First Amended Complaint for Interpleader. (Doc. No. 32).

11. On September 23, 2021, Bonita Monique Cathey, Joy Lynn Jeffreys, Priscilla Ludlow, and Annette Williamson filed their Answer to Genworth's First Amended Complaint for Interpleader. (Doc. No. 34).

12. On January 26, 2022, the Court found that no party filed a motion as required by Fed. R. Civ. P. 25 seeking to be substituted as successor to William M. Lee, found that William M. Lee's claims were extinguished, and dismissed the action as to William M. Lee. The Court also granted permission for the Estate to file its answer out of time. (ECF Doc. No. 42).

13. On January 27, 2022, the Court granted Genworth's motion to deposit its admitted liability under the Annuity Contract, in the amount of $75,592.65, with the Court. (ECF Doc. No. 43).

14. On February 9, 2022, the Estate of June A. Lee filed its Answer to Genworth's First Amended Complaint for Interpleader. (ECF Doc. No. 44).

15. On February 10, 2022, Genworth deposited its admitted liability under the Annuity Contract in the amount of $75,592.65, representing the death benefit under the Annuity Contract, plus interest, into the Registry of this Court, subject to this Court's further order as to whom among the Defendants is entitled to receive those proceeds.

16. On March 14, 2022, Genworth filed its initial Motion for Final Judgment Order in Interpleader. (ECF Doc. Nos. 50-51). On March 16, 2022, the Estate of June A. Lee filed a motion seeking leave to file counterclaims for conversion and unjust enrichment against Genworth. (ECF Doc. No. 52). The Court denied both motions without prejudice, granting the Estate of June A. Lee time to file a renewed motion for leave to file counterclaims. (ECF Doc. Nos. 62-63).

17. On August 3, 2022, the Estate of June A. Lee filed a motion seeking leave to file counterclaims for conversion and breach of the duty of good faith and fair dealing and renewing its motion for partial summary judgment. (ECF Doc. No. 65). The Court denied the Estate of June A. Lee's motion for leave to file amended counterclaims and to renew its earlier motion for partial summary judgment on January 30, 2023. (ECF Doc. No. 78).

18. The remaining Defendants have not filed any counterclaims against Genworth. None of the Defendants have filed any cross-claims against each other.

19. This Court has jurisdiction over the subject matter of this cause and over the parties.

20. Defendants Bonita Monique Cathey, Balinda C. Williams-Lee, Joy Lynn Jeffreys, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, the Estate of June A. Lee, and Annette Williamson are adverse claimants to the proceeds of the Annuity Contract.

21. Genworth has a real and reasonable fear of multiple liability related to the Annuity Contract that is more than minimal.

22. Defendants Bonita Monique Cathey, Joy Lynn Jeffreys, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, and Annette Williamson have repeatedly expressed an interest in bringing claims against Genworth and challenged Genworth's actions in this case. There is every indication the Estate of June A. Lee (or potentially other Defendants) would attempt to bring additional claims or litigation against Genworth related to the Annuity Contract after Genworth's dismissal from this case.

23. Genworth has done all that is required by law to perfect its interpleader action.

24. Genworth has properly served a copy of this Renewed Motion for Final Judgment Order in Interpleader on all appearing Defendants.

25. Genworth submits its proposed Final Judgment Order in Interpleader to the Court pursuant to and in accordance with Judge Wood's case management procedures and any applicable local rules.

**WHEREFORE**, Genworth Life Insurance Company prays this Honorable Court enter an order or orders granting it the following relief:

A. Enjoining Benita Monique Cathey, Joy Lynn Jeffreys, Balinda C. Williams-Lee a/k/a Balinda C. Lee, any heir, successor, or representative of William M. Lee or his estate, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, the Estate of June A. Lee, and Annette Williamson, during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Genworth Life Insurance Company in any state or federal court or other forum with respect to Annuity Contract No. xxxxx5830, the proceeds payable under the terms of Annuity Contract No. xxxxx5830, or on account of the death of June A. Lee, the Annuitant, and that said injunction issue without bond or surety;

B. Granting judgment to Genworth Life Insurance Company with the finding that it has no further liability to Benita Monique Cathey, Joy Lynn Jeffreys, Balinda C. Williams-Lee a/k/a Balinda C. Lee, any heir, successor, or representative of William M. Lee or his estate, Priscilla Ludlow, individually or as Independent Executor of the Estate of June A. Lee, the Estate of June A. Lee, or Annette Williamson, or to any person or entity claiming through them, under Annuity Contract No. xxxxx5830, for the proceeds payable under the terms of Annuity Contract No. xxxxx5830, or on account of the death of June A. Lee;

C. Entering an Order finding that Genworth Life Insurance Company has acted in good faith by interpleading the proceeds of Annuity Contract No. xxxxx5830 and depositing its admitted liability with the Clerk of the Court;

D. Entering judgment in favor of Genworth Life Insurance Company, and against Benita Monique Cathey, Joy Lynn Jeffreys, Balinda C. Williams-Lee a/k/a Balinda C. Lee, any heir, successor, or representative of William M. Lee or his estate, Priscilla Ludlow,

5

individually and as executor of the Estate of June A. Lee, the Estate of June A. Lee, and Annette Williamson, on its First Amended Complaint for Interpleader with an express finding of finality pursuant to Fed. R. Civ. P. 54(b);

E. Excusing and dismissing Genworth Life Insurance Company from further attendance on this cause with prejudice and allowing the adverse and potentially adverse claimants, Benita Monique Cathey, Joy Lynn Jeffreys, Balinda C. Williams-Lee a/k/a Balinda C. Lee, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, the Estate of June A. Lee, and Annette Williamson, to litigate their claims and contentions related to Annuity Contract No. xxxxx5830, and its proceeds, without further involving Genworth Life Insurance Company;

F. Permitting Genworth Life Insurance Company to include the complete financial account number for Annuity Contract No. xxxxx5830 in its Final Judgment Order in Interpleader, as included in the proposed Final Judgment Order in Interpleader emailed to the Court, and as allowed under Fed. R. Civ. P. 5.2 upon court order;

G. Permitting Genworth Life Insurance Company to submit its petition for fees and costs within 90 days after the entry of the judgment requested herein; and

H. Granting Genworth Life Insurance Company such further and other relief as this Court deems just and appropriate.

Dated: **February 6, 2023.**

                                  Respectfully submitted,

                                  CHITTENDEN, MURDAY & NOVOTNY, LLC.

                                  By: /s/ Kaitlyn E. Luther
                                       One of the Attorneys for Plaintiff
                                       Genworth Life Insurance Company

Julie F. Wall (jwall@cmn-law.com)
Kaitlyn E. Luther (kluther@cmn-law.com)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on **February 6, 2023**, I electronically filed the foregoing **Genworth Life Insurance Company's Renewed Motion for Final Judgment Order in Interpleader**, and documents described therein, with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the following registered CM/ECF participants:

| | |
|---|---|
| Jeffery M. Hagen<br>Law Office of Jeffery M. Hagen<br>913 Elm Street<br>Sandwich, IL 60548<br>jhagen@jmhagenlaw.com<br>(630) 333-8116 | Grant Blumenthal<br>Blumenthal Law Group, PC<br>180 N. LaSalle Street, Suite 3700<br>Chicago, Illinois 60601<br>(312) 981-5055<br>gblumenthal@blumenthal-law.com |
| *Attorney for Benita Monique Cathey, Joy Lynn Jeffreys, Priscilla Ludlow, individually and as Independent Executor of the Estate of June A. Lee, and Annette Williamson* | *Attorney for Balinda C. Williams-Lee* |

    I further certify that on **February 6, 2023**, a copy of the foregoing **Genworth Life Insurance Company's Renewed Motion for Final Judgment Order in Interpleader**, and documents described therein, was served upon the following parties, by enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute at 303 West Madison Street, Chicago, Illinois, before the hour of 5:00 p.m.:

William M. Lee or the Estate of William M. Lee
C/O Mabel Lee
14718 Lincoln Avenue
Dolton, Illinois 60419
(773) 454-2991

                                                  /s/ Kaitlyn E. Luther
                                                  Kaitlyn E. Luther
                                                  Chittenden, Murday & Novotny LLC
                                                  303 W. Madison Street, Suite 2400
                                                  Chicago, IL 60606
                                                  (312) 281-3600
                                                  (312) 281-3678 (fax)
                                                  kluther@cmn-law.com